# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1325

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Billy S. Holbert, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 20, 2007
Filed: April 25, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this appeal from the district court's[1] revocation of Billy S. Holbert's supervised release, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and has moved to withdraw, suggesting that there are no non-frivolous issues. After reviewing the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we order the judgment amended as follows: Holbert's revocation prison sentence remains 1 year and 1 day, but his ensuing term of supervised release

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

will be 23 months minus 1 day.  <u>See</u> 18 U.S.C. § 3583(h).  In all other respects, we affirm the judgment of the district court.  We grant counsel's withdrawal motion.

_____